UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Jeffrey E. Jenkins, Esquire

**Order Filed on February 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Aliana Bullock
  debtor(s)

Case Number: _____18-11578_____

Hearing Date: _____

Judge: _____MBK_____

Chapter: _____13_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 20, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to _____ 2/23/2018 _____ .

☐ Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11578-MBK
Aliana N. Bullock                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 20, 2018
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db            +Aliana N. Bullock,   45 Raritan Avenue,   South River, NJ 08882-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Eric   Clayman    on behalf of Debtor Aliana N. Bullock jenkins.clayman@verizon.net
        Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
        Stephanie F. Ritigstein    on behalf of Debtor Aliana N. Bullock jenkins.clayman@verizon.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5