Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–11578–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Aliana N. Bullock
aka Aliana Washington
45 Raritan Avenue
South River, NJ 08882

Social Security No.:
xxx–xx–2139

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             3/27/18
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: February 26, 2018
JAN: vpm

                                                             Jeanne Naughton
                                                             Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11578-MBK
Aliana N. Bullock                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin          Page 1 of 2             Date Rcvd: Feb 26, 2018
                        Form ID: 132          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
```
db          +Aliana N. Bullock,    45 Raritan Avenue,    South River, NJ 08882-1529
517298754   +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517298755  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517298757   +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
517298758    Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517298759    Comenity Capital/BJs Wholesale,    PO Box 182120,    Columbus, OH 43218-2120
517298761    Marriot Rewards,    PO BOX 15123,    Wilmington, DE 19850-5123
517298762   +Motion Federal Credit Union,    1380 Jersey Ave,    North Brunswick, NJ 08902-1660
517298763   +Nissan Infiniti LT,    PO BOX 660366,    Dallas, TX 75266-0366
517309961    Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517298764   +Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
517298769    THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 00:05:43    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 00:05:42    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517307230   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2018 00:14:08
             BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
517298756    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 27 2018 00:14:09    BMW Financial Services,
             PO Box 3608,   Dublin, OH 43016
517298760    E-mail/Text: bnckohlsnotices@becket-lee.com Feb 27 2018 00:05:14    Kohls/Capital One,
             PO Box 3115,   Milwaukee, WI 53201-3115
517298765    E-mail/Text: bankruptcyteam@quickenloans.com Feb 27 2018 00:05:57    Quicken Loans Inc.,
             1050 Woodward Avenue,   Detroit, MI 48226-1906
517334908   +E-mail/Text: bankruptcyteam@quickenloans.com Feb 27 2018 00:05:57    Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
517300678   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517298766   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38    Synchrony Bank/Amazon,
             PO Box 965015,   Orlando, FL 32896-5015
517298767   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38    Synchrony Bank/Lowe's,
             PO Box 965005,   Orlando, FL 32896-5005
517298768   +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38    Synchrony Bank/Walmart,
             PO Box 965024,   El Paso, TX 79998
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 2 of 2           Date Rcvd: Feb 26, 2018
                              Form ID: 132               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Eric   Clayman    on behalf of Debtor Aliana N. Bullock jenkins.clayman@verizon.net
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Aliana N. Bullock jenkins.clayman@verizon.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 5