UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on August 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**JENKINS & CLAYMAN**
Stephanie F. Ritigstein, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

| In Re: | | |
|---|---|---|
| Aliana Bullock, | Case No.: | 18-11578 |
| | Chapter: | 13 |
| | Hearing Date: | 6/12/2018 |
| | Judge: | **Michael B. Kaplan** |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: August 21, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ \_\_\_\_762.00_____ for services rendered and expenses in the amount of $\_\_\_\_\_10.11_____ for a total of $_____772.11_____ . The allowance is payable:

  X\_ through the Chapter 13 plan as an administrative priority.
  \_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_433.00_____ per month for \_\_\_\_\_54_____ months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11578-MBK
Aliana N. Bullock                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 21, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db              +Aliana N. Bullock,    45 Raritan Avenue,    South River, NJ 08882-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Aliana N. Bullock jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Aliana N. Bullock jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6