**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Aliana N. Bullock |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |

Social Security number or ITIN   xxx–xx–2139
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court     District of New Jersey

Case number:   18–11578–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Aliana N. Bullock
> aka Aliana Washington

3/9/22

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-11578-MBK

Aliana N. Bullock                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 3

Date Rcvd: Mar 09, 2022                       Form ID: 3180W                            Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aliana N. Bullock, 45 Raritan Avenue, South River, NJ 08882-1529 |
| 517440040 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517446993 | + | Motion Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517298763 | + | Nissan Infiniti LT, PO BOX 660366, Dallas, TX 75266-0366 |
| 517309961 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517298764 | + | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517298754 | + | Email/PDF: bncnotices@becket-lee.com | Mar 09 2022 20:42:42 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517354323 | | Email/PDF: bncnotices@becket-lee.com | Mar 09 2022 20:42:28 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517307230 | + | EDI: AISACG.COM | Mar 10 2022 01:38:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517298756 | | EDI: BMW.COM | Mar 10 2022 01:38:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 517374042 | | EDI: BMW.COM | Mar 10 2022 01:38:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517298755 | + | EDI: BANKAMER.COM | Mar 10 2022 01:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517298757 | + | EDI: CAPITALONE.COM | Mar 10 2022 01:38:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517398566 | | Email/PDF: bncnotices@becket-lee.com | Mar 09 2022 20:52:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517298759 | | EDI: WFNNB.COM | Mar 10 2022 01:38:00 | Comenity Capital/BJs Wholesale, PO Box 182120, Columbus, OH 43218-2120 |
| 517298758 | | EDI: JPMORGANCHASE | Mar 10 2022 01:38:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517298761 | | EDI: JPMORGANCHASE | Mar 10 2022 01:38:00 | Marriot Rewards, PO BOX 15123, Wilmington, DE 19850-5123 |
| 517298760 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 09 2022 20:39:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI |

District/off: 0312-3                               User: admin                                          Page 2 of 3

Date Rcvd: Mar 09, 2022                            Form ID: 3180W                                       Total Noticed: 33

| | | | |
|---|---|---|---|
| | | | 53201-3115 |
| 517435181 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2022 20:52:47 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP Nevada Holdings, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517298762 | Email/Text: mgreenwood@motionfcu.org | Mar 09 2022 20:40:00 | Motion Federal Credit Union, 1380 Jersey Ave, North Brunswick, NJ 08902 |
| 517401720 | + EDI: MID8.COM | Mar 10 2022 01:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517438072 | EDI: PRA.COM | Mar 10 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o GENERAL MOTORS, POB 41067, Norfolk VA 23541 |
| 517410910 | EDI: Q3G.COM | Mar 10 2022 01:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517426429 | EDI: Q3G.COM | Mar 10 2022 01:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517334908 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 09 2022 20:40:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517298765 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 09 2022 20:40:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517300678 | + EDI: RMSC.COM | Mar 10 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517298766 | + EDI: RMSC.COM | Mar 10 2022 01:38:00 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 517298767 | + EDI: RMSC.COM | Mar 10 2022 01:38:00 | Synchrony Bank/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 517298768 | EDI: RMSC.COM | Mar 10 2022 01:38:00 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 517298769 | EDI: CITICORP.COM | Mar 10 2022 01:38:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022                    Signature:      /s/Joseph Speetjens

District/off: 0312-3                                         User: admin                                         Page 3 of 3
Date Rcvd: Mar 09, 2022                              Form ID: 3180W                              Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | |
| | on behalf of Debtor Aliana N. Bullock mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | |
| | on behalf of Debtor Aliana N. Bullock mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Stephanie F. Ritigstein | |
| | on behalf of Debtor Aliana N. Bullock mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9