Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.:  18−11578−MBK
                         Chapter:  13
                         Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aliana N. Bullock
   aka Aliana Washington
   45 Raritan Avenue
   South River, NJ 08882

Social Security No.:
   xxx−xx−2139

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 8, 2022</u>                         <u>Michael B. Kaplan</u>
                                              Judge, United States Bankruptcy Court